# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 17-30-BLG-SPW** |
| **Plaintiff,** | |
| vs. | **PRELIMINARY ORDER OF FORFEITURE** |
| **CARLOS** *"aka Buddha"* **DEMETRIUS MAYNARD,** | |
| **Defendant.** | |

This matter comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture (Doc. 19). Defendant Carlos *"aka Buddha"* Demetrius Maynard appeared before the Court on August 4, 2017, and entered a plea of guilty to Aiding and Abetting in False Statement During a Firearms Transaction, in violation of 18 U.S.C. §§ 2, 922(a)(6), and 924(a)(2) (Counts I and II), and with Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) (Counts III and IV). He also admitted the forfeiture allegation.

Maynard's pleas provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

IT IS HEREBY ORDERED:

THAT Defendant Maynard's interest in the following property is forfeited to the United States in accordance with U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

| ATF Investigation Number | Item Description |
|---|---|
| 788050-17-0017 | Anderson Manufacturing, model AM-15, 5.56 caliber semi-auto pistol, S/N 15039915 and ammunition |
| 788050-17-0017 | Century Arms International, model RAS47, 7.62 x 39 mm caliber semi-automatic rifle, S/N RAS47022972 and ammunition |

THAT the ATF, United States Marshal's Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the

Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 20th day of August, 2017.

SUSAN P. WATTERS
United States District Court Judge