IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-30-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CARLOS DEMETRIUS MAYNARD, | |
| Defendant. | |

Upon the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 30), and for good cause being shown,

IT IS HEREBY ORDERED, the forfeiture action in the above-captioned case is **DISMISSED** with prejudice.

The Clerk of Court is directed to notify counsel of the making of this Order.

Dated this 19th day of December, 2017.

SUSAN P. WATTERS
United States District Court Judge

1